## In re Klein.

OPINION BY RICE, P. J., July 14, 1909:

This writ was issued as ancillary to the appeal in the case of Commonwealth v. Klein, ante p. 352, and all the questions arising upon it have been determined in that case.

And now, to wit: July 14, 1909, the petitioner, John F. Klein, is remanded to the custody of the warden of the Allegheny county prison to serve out so much of his sentence as had not expired at the time this writ was issued, and the appeal in No. 188, April Term, 1909, was made a supersedeas.